NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**TRI UNION FROZEN PRODUCTS, INC., DBA CHICKEN OF THE SEA FROZEN FOODS, AKA EMPRESS INTERNATIONAL LTD., MAZZETTA COMPANY LLC, ORE-CAL CORPORATION, QUOC VIET SEAPRODUCTS PROCESSING TRADING AND IMPORT-EXPORT CO., LTD.,**
*Plaintiffs-Appellants*

**VIETNAM ASSOCIATION OF SEAFOOD EXPORTERS AND PRODUCERS, BIM SEAFOOD, CADOVIMEX SEAFOOD IMPORT-EXPORT AND PROCESSING JOINT-STOCK COMPANY, CAFATEX FISHERY JOINT STOCK CORPORATION, CAMAU FROZEN SEAFOOD PROCESSING IMPORT EXPORT CORPORATION, CAMAU SEAFOOD PROCESSING AND SERVICE JOINT-STOCK CORPORATION, CAN THO IMPORT EXPORT FISHERY LIMITED COMPANY, COASTAL FISHERIES DEVELOPMENT CORPORATION, C.P. VIETNAM CORPORATION, CUU LONG SEAPRODUCTS COMPANY, DANANG SEAPRODUCTS IMPORT EXPORT CORPORATION, HAI VIET CORPORATION, INVESTMENT COMMERCE FISHERIES CORPORATION, KIM ANH CO., LTD., MINH HAI EXPORT FROZEN SEAFOOD PROCESSING JOINT-STOCK COMPANY, MINH HAI JOINT-STOCK SEAFOODS PROCESSING COMPANY, NHA TRANG FISHERIES JOINT STOCK COMPANY, NHA TRANG SEAFOODS, PHU CUONG JOSTOCO**

SEAFOOD CORPORATION, SAO TA FOODS JOINT
STOCK COMPANY, SOC TRANG SEAFOOD JOINT
STOCK COMPANY, THUAN PHUOC SEAFOODS
AND TRADING CORPORATION, THONG THUAN
COMPANY LIMITED, VIET I-MEI FROZEN FOODS
CO., LTD., VIETNAM CLEAN SEAFOOD
CORPORATION, MINH PHU GROUP, UTXI
AQUATIC PRODUCTS PROCESSING
CORPORATION, PRODUCTS PROCESSING
COMPANY, VIET HAI SEAFOOD CO., LTD., MINH
HAI SEA PRODUCTS IMPORT EXPORT
COMPANY,
*Plaintiffs*

v.

UNITED STATES, AD HOC SHRIMP TRADE
ACTION COMMITTEE,
*Defendants-Appellees*

————————————

2017-2523

————————————

Appeal from the United States Court of International
Trade in Nos. 1:14-cv-00249-CRK, 1:14-cv-00250-CRK,
1:14-cv-00258-CRK, 1:14-cv-00276-CRK, Judge Claire R.
Kelly.

————————————

**JUDGMENT**

————————————

ROBERT GOSSELINK, Trade Pacific, PLLC, Washing-
ton, DC, argued for plaintiffs-appellants. Also represent-
ed by JONATHAN FREED.

KARA WESTERCAMP, Commercial Litigation Branch,

Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by JEANNE DAVIDSON, PATRICIA M. MCCARTHY, JOSEPH H. HUNT; JAMES HENRY AHRENS, II, Office of the Chief Counsel for Trade Enforcement & Compliance, United States Department of Commerce, Washington, DC.

NATHANIEL RICKARD, Picard Kentz & Rowe LLP, Washington, DC, argued for defendant-appellee Ad Hoc Shrimp Trade Action Committee.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 7, 2018                /s/ Peter R. Marksteiner
     Date                         Peter R. Marksteiner
                                  Clerk of Court